Andrew C. Schwartz (State Bar No. 64578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1133
schwartz@cmslaw.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
ksnell@clarencedyer.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, JOSEPHINE ANADOLA JOHNSON and ARTHUR LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF CONTRA COSTA, SHERIFF WARREN RUPF, in his individual and official capacities, CITY OF ANTIOCH, ANTIOCH POLICE CHIEF JAMES HYDE, in his individual and official capacities, and DOES 1 through 100,<br><br>Defendants. | CASE NO. C09-01241 WHA<br><br>[PROPOSED] ORDER RE STIPULATION RE: DOE AMENDMENTS |

FOR GOOD CAUSE SHOWN pursuant to the attached Stipulation Re: Doe Amendments executed by all parties to this action,

///

///

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Johnson vs. County Of Contra Costa*  C09-01241 WHA
[PROPOSED ORDER] RE STIPULATION RE: DOE AMENDMENTS

Page 1

IT IS HEREBY ORDERED that plaintiffs may substitute the true names for the fictitiously named defendants sued as Does 1 through 9, as set forth in said Stipulation.

DATED: <u>November 2</u>, 2009

IT IS SO ORDERED

Hon. William
United States

*Judge William Alsup*

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Johnson vs. County Of Contra Costa*   C09-01241 WHA
[PROPOSED ORDER] RE STIPULATION RE: DOE AMENDMENTS

Page 2

```
 1  Andrew C. Schwartz (State Bar No. 64578)
    CASPER, MEADOWS, SCHWARTZ & COOK
 2  A Professional Corporation
    2121 North California Blvd., Suite 1020
 3  Walnut Creek, California 94596
    Telephone: (925) 947-1147
 4  Facsimile: (925) 947-1133
    schwartz@cmslaw.com
 5
    Karen L. Snell (State Bar No. 100266)
 6  Attorney at Law
    102 Buena Vista Terrace
 7  San Francisco, CA 94117
    Telephone: (415) 225-7592
 8  Facsimile: (415) 487-0748
    ksnell@clarencedyer.com
 9
    Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, JOSEPHINE ANADOLA JOHNSON and ARTHUR LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF CONTRA COSTA, SHERIFF WARREN RUPF, in his individual and official capacities, CITY OF ANTIOCH, ANTIOCH POLICE CHIEF JAMES HYDE, in his individual and official capacities, and DOES 1 through 100,<br><br>Defendants. | CASE NO. C09-01241 WHA<br><br>**STIPULATION RE: DOE AMENDMENTS** |

IT IS HEREBY STIPULATED by and between the parties that Plaintiffs have learned the true names of the defendants sued in the complaint as Does 1 through 9 and that Plaintiffs may substitute the true names for these fictitiously named defendants wherever they appear in the complaint. The true names Plaintiffs have discovered are as follows:

---

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Johnson vs. County Of Contra Costa* C09-01241 \VHA
STIPULATION RE: DOE AMENDMENTS

Page 1

1. Doe 1: Contra Costa County Sheriff's Sergeant. J. Moule
2. Doe 2: Contra Costa County Sheriff's Corporal Brian Gardner
3. Doe 3: Contra Costa County Sheriff's Detective Westerman
4. Doe 4: Contra Costa County Sheriff's Detective Chris Martinez
5. Doe 5: Contra Costa County Sheriff's Detective Gibson
6. Doe 6: Contra Costa County Sheriff's Detective Vorhauer
7. Doe 7: Antioch Police Detective Vincelet
8. Doe 8: Antioch Police Detective Mortimer
9. Doe 9: Antioch Police Detective Wisecarver

IT IS FURTHER STIPULATED by and between the parties that Plaintiffs' complaint is hereby amended to identify these Does and that the answers previously filed on behalf of Contra Costa County and the City of Antioch may be deemed as answers filed on behalf of the Does identified as Contra Costa County employees and City of Antioch employees.

Dated: October 29, 2009         CASPER, MEADOWS, SCHWARTZ & COOK

_____
Andrew C. Schwartz
Attorneys for Plaintiffs

Dated: October 29, 2009         LAW OFFICES OF KAREN SNELL

_____/s/ - "Karen Snell"_____
Karen Snell
Attorneys for Plaintiffs

Dated: October 29, 2009         CONTRA COSTA COUNTY COUNSEL

_____
Jan Holmes
Attorneys for Defendants
CONTRA COSTA COUNTY, et al

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

| | |
|---|---|
| 1 | |
| 2 Dated: October 29, 2009 | McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LL |
| 3 | |
| 4 | *[signature]* |
| 5 | James Fitzgerald<br>Attorneys for Defendant |
| 6 | CITY OF ANTIOCH, JAMES HYDE |

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Johnson vs. County Of Contra Costa* C09-01241 WHA
STIPULATION RE: DOE AMENDMENTS

Page 3