SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Email: jholm@cc.cccounty.us

Attorneys for Defendant
COUNTY OF CONTRA COSTA and
SHERIFF WARREN RUPF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, JOSEPHINE JOHNSON ANADOLA AND ARTHUR LEE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, SHERIFF WARREN RUPF, AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | No.  C 09-1241 WHA<br><br>STIPULATION AND [PROPOSED] ORDER RE: MEDIATION DEADLINE<br><br>Judge: Hon. William Alsup<br>Date Action Filed: March 23, 2009<br>Trial Date: None assigned |

IT IS HEREBY STIPULATED BY AND BETWEEN COUNSEL FOR ALL PARTIES:

WHEREAS, despite considerable efforts to obtain copies of crucial/critical sealed portions of pertinent affidavits for search warrants for 5 Winifred Court and 6 Winifred Court in Antioch, California,  filed in Contra Costa County Superior Court, said sealed portion of affidavits still have not been obtained; and

WHEREAS needed discovery and depositions cannot reasonably and effectively be completed until those sealed portions of the pertinent affidavits have been obtained and reviewed; and

STIPULATION AND [PROPOSED] ORDER RE: MEDIATION DEADLINE - C 09-1241 WHA        1

WHEREAS, the court's July 9, 2009 Case Management Order set December 31, 2009 as the deadline for completion of private mediation process selected by the parties

THE PARTIES HEREBY REQUEST THAT THE COURT CONTINUE FROM DECEMBER 31, 2009 TO MARCH 31, 2010 THE DEADLINE FOR COMPLETING MEDIATION.

DATE: October ___, 2009          CASPER, MEADOWS, SCHWARTZ, et al

                                 _____
                                 ANDREW SCHWARTZ
                                 Attorneys for Plaintiffs

DATE: October ___, 2009          KAREN SNELL

                                 _____
                                 KAREN SNELL
                                 Attorneys for Plaintiffs

DATE: October ___, 2009          MCNAMARA, DODGE, ET AL.

                                 _____
                                 JAMES FITZGERALD
                                 Attorney for Defendants
                                 CITY OF ANTIOCH and JAMES HYDE

DATE: October ___, 2009          SILVANO B. MARCHESI
                                 COUNTY COUNSEL

                                 By:_____
                                    JANET L. HOLMES
                                    Deputy County Counsel
                                    Attorneys for Defendant
                                    COUNTY OF CONTRA COSTA and
                                    RUPF

STIPULATION AND [PROPOSED] ORDER RE MEDIATION DEADLINE - C 09-1241 WHA          2

1  WHEREAS, the court's July 9, 2009 Case Management Order set December 31, 2009
2  as the deadline for completion of private mediation process selected by the parties
3  THE PARTIES HEREBY REQUEST THAT THE COURT CONTINUE FROM
4  DECEMBER 31, 2009 TO MARCH 31, 2010 THE DEADLINE FOR COMPLETING
5  MEDIATION.

6  DATE: October 29, 2009         CASPER, MEADOWS, SCHWARTZ, et al

8  ANDREW SCHWARTZ
9  Attorneys for Plaintiffs

10 DATE: October ___, 2009         KAREN SNELL

  *Karen Snell*
12 KAREN SNELL
13 Attorneys for Plaintiffs

15 DATE: October ___, 2009         MCNAMARA, DODGE, ET AL.

17 JAMES FITZGERALD
   Attorney for Defendants
18 CITY OF ANTIOCH and JAMES HYDE

19 DATE: October ___, 2009         SILVANO B. MARCHESI
20                                  COUNTY COUNSEL

21                                  By:_____
22                                  JANET L. HOLMES
                                    Deputy County Counsel
23                                  Attorneys for Defendant
                                    COUNTY OF CONTRA COSTA and
24                                  RUPF

STIPULATION AND [PROPOSED] ORDER RE MEDIATION DEADLINE - C 09-1241 WHA    2

1  WHEREAS, the court's July 9, 2009 Case Management Order set December 31, 2009
2  as the deadline for completion of private mediation process selected by the parties
3  THE PARTIES HEREBY REQUEST THAT THE COURT CONTINUE FROM
4  DECEMBER 31, 2009 TO MARCH 31, 2010 THE DEADLINE FOR COMPLETING
5  MEDIATION.

DATE: October ___, 2009                CASPER, MEADOWS, SCHWARTZ, et al


                                       ANDREW SCHWARTZ
                                       Attorneys for Plaintiffs


DATE: October ___, 2009                KAREN SNELL


                                       KAREN SNELL
                                       Attorneys for Plaintiffs


DATE: October 29, 2009                 MCNAMARA, DODGE, ET AL.

                                       _____
                                       JAMES FITZGERALD
                                       Attorney for Defendants
                                       CITY OF ANTIOCH and JAMES HYDE


DATE: October 21, 2009                 SILVANO B. MARCHESI
                                       COUNTY COUNSEL

                                       By: _____
                                           JANET L. HOLMES
                                           Deputy County Counsel
                                           Attorneys for Defendant
                                           COUNTY OF CONTRA COSTA and
                                           RUPF

## ORDER

Good cause appearing therefore, and based on the above stipulation of the parties, by and through counsel, IT IS HEREBY ORDERED:

The deadline for completion is hereby extended from December 31, 2009 to ~~March 31~~, 2010.

DATE: __November 3__, 2009

_____
United States District Judge



STIPULATION AND [PROPOSED] ORDER RE: MEDIATION DEADLINE - C 09-1241 WHA    3