JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
CITY OF ANTIOCH, CHIEF JAMES HYDE,
DET. VINCELET, DET. MORTIMER,
DET. WISECARVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, JOSEPHINE ANADOLA JOHNSON and ARTHUR LEE,<br><br>Plaintiff,<br><br>vs.<br><br>THE COUNTY OF CONTRA COSTA, SHERIFF WARREN RUPF, in his individual and official capacities, CITY OF ANTIOCH, ANTIOCH POLICE CHIEF JAMES HYDE, in his individual and official capacities, and DOES 1 through 100,<br><br>Defendants. | Case No. CV09-1241 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT CHIEF HYDE, WITH PREJUDICE, PER FRCP 41(A)(1)** |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendant CHIEF JAMES HYDE is hereby dismissed from this action, with prejudice, each party to bear their own fees and costs with regard to this dismissed Defendant.

    IT IS SO STIPULATED.

///

Case No. CV09-1241 WHA -
STIPULATION AND ORDER
DISMISING DEFENDANT HYDE

1  Dated: June 1, 2010                CASPER, MEADOWS, SCHWARTZ & COOK

3                                     By:   /s/ Schwartz, Andrew
                                           Andrew Schwartz
4                                          Attorneys for Plaintiffs
                                           LANCE JOHNSON, JOSEPHINE ANADOLA
5                                          JOHNSON and ARTHUR LEE

6
   Dated: June 1, 2010                MCNAMARA, NEY, BEATTY, SLATTERY,
7                                     BORGES & BROTHERS LLP

9                                     By:   /s/ Fitzgerald, James
                                           James V. Fitzgerald, III
10                                         Noah G. Blechman
                                           Attorneys for Defendant
11                                         CITY OF ANTIOCH, CHIEF JAMES HYDE,
                                           DET. VINCELET, DET. MORTIMER,
12                                         DET. WISECARVER

14 **PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

16 Dated: June 2, 2010



APPROVED
Judge William Alsup

Case No. CV09-1241 WHA -                    2
STIPULATION AND ORDER
DISMISING DEFENDANT HYDE