IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, JOSEPHINE ANADOLA JOHNSON, AND ARTHUR LEE,<br><br>      Plaintiffs,<br><br>  v.<br><br>COUNTY OF CONTRA COSTA, SHERIFF WARREN RUPF, in his individual and official capacities, CITY OF ANTIOCH, ANTIOCH POLICE CHIEF JAMES HYDE, in his individual and official capacities, and DOES 1 through 100,<br><br>      Defendants.<br>_____/ | No. C 09-01241 WHA<br><br>**ORDER DENYING STIPULATED REQUEST TO EXTEND EXPERT DISCOVERY DEADLINES** |

      The undersigned has received the parties' stipulated request to extend expert discovery deadlines by one week. The parties, however, failed to provide any reasons whatsoever for this request. Due to this deficiency, the stipulation does not comply with Civil Local Rule 6-2 and must be **DENIED**. The parties should also be aware that absent exceptional reasons, an extension to discovery deadlines not be granted.

      **IT IS SO ORDERED.**

Dated: June 24, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE