IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, JOSEPHINE ANADOLA JOHNSON, AND ARTHUR LEE,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF CONTRA COSTA, SHERIFF WARREN RUPF, in his individual and official capacities, CITY OF ANTIOCH, ANTIOCH POLICE CHIEF JAMES HYDE, in his individual and official capacities, and DOES 1 through 100,<br><br>    Defendants.<br>                                 / | No. C 09-01241 WHA<br><br>**ORDER DENYING STIPULATED REQUEST TO EXTEND EXPERT DISCOVERY DEADLINES** |

      The parties have resubmitted their stipulated request to extend expert discovery deadlines by one week. While the parties have complied with Civil Local Rule 6-2 by filing a declaration explaining the reasons underlying the request, the proffered justification — ongoing settlement negotiations — is never an acceptable basis to enlarge time. These deadlines have been in place for months and the parties must prepare for their dispositive motions and trial. As such, the parties' stipulated request is again **DENIED**.

    **IT IS SO ORDERED.**

Dated: June 25, 2010.

                                                            WILLIAM ALSUP<br>
                                                             UNITED STATES DISTRICT JUDGE