Andrew C. Schwartz (State Bar No. 64578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
schwartz@cmslaw.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
ksnell@clarencedyer.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, JOSEPHINE ANADOLA JOHNSON and ARTHUR LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF CONTRA COSTA, SHERIFF WARREN RUPF, in his individual and official capacities, CITY OF ANTIOCH, CONTRA COSTA COUNTY SHERIFF SGT. J. MOULE (DOE 1); CONTRA COSTA COUNTY SHERIFF CORPORAL BRIAN GARDNER (DOE 2); CONTRA COSTA COUNTY SHERIFF DETECTIVE WESTERMAN (DOE 3); CONTRA COSTA COUNTY SHERIFF DETECTIVE CHRIS MARTINEZ (DOE 4); CONTRA COSTA COUNTY SHERIFF DETECTIVE GIBSON (DOE 5); CONTRA COSTA COUNTY SHERIFF DETECTIVE VORHAUER (DOE 6); ANTIOCH POLICE DETECTIVE VINCELET (DOE 7); ANTIOCH POLICE DETECTIVE MORTIMER (DOE 8); ANTIOCH POLICE DETECTIVE WISECARVER (DOE 9); and DOES 10 through 100,<br><br>Defendants. | CASE NO.   C09-01241 WHA<br><br>**STIPULATION AND ORDER DISMISSING SHERRIFF WARREN RUPF AND DETECTIVE WESTERMAN (DOE 3) BY PLAINTIFF RULE 41(a)(1) F.R.C.P.** |

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Johnson vs. County Of Contra Costa   C09-01241 WHA                    Page 1

TO THE HONORABLE WILLIAM ALSUP OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

Plaintiffs herein, and Defendants County of Contra Costa, by and through their respective counsel of record, stipulate and agree that the following parties be dismissed from this action, each party to bear its own costs and attorneys' fees:

1. Defendant: SHERIFF WARREN RUPF, in his individual and official capacities as Sheriff of Contra Costa County.

2. Defendant: Contra Costa county Sheriff Deputy Detective Westerman (Doe 2).

IT IS SO STIPULATED.

DATE: August 18, 2010

By: /s/ - "Andrew C. Schwartz"
ANDREW C. SCHWARTZ, ESQ.
**Casper, Meadows & Schwartz**
Attorney for Plaintiffs

DATE: August 18, 2010

By: [signature]
JANET L. HOLMES, ESQ.
**County Counsel**
Attorney for Contra Costa County, et al.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 23, 2010.

[signature]
HON. WILLIAM ALSUP

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131