United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, JOSEPHINE ANADOLA JOHNSON, AND ARTHUR LEE,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF CONTRA COSTA, SHERIFF WARREN RUPF, in his individual and official capacities, CITY OF ANTIOCH, ANTIOCH POLICE CHIEF JAMES HYDE, in his individual and official capacities, and DOES 1 through 100,<br><br>    Defendants.<br>    / | No. C 09-01241 WHA<br><br>**ORDER CONSOLIDATING HEARINGS ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

    Both plaintiffs' and defendants' motions for summary judgment will be heard at **8:00 A.M. ON THURSDAY, SEPTEMBER 2, 2010.**

    **IT IS SO ORDERED.**

Dated: August 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE