Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
schwartz@cmslaw.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
ksnell@clarencedyer.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, JOSEPHINE ANADOLA JOHNSON and ARTHUR LEE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF CONTRA COSTA, CITY OF ANTIOCH, CONTRA COSTA COUNTY SHERIFF SGT. J. MOULE (DOE 1); CONTRA COSTA COUNTY SHERIFF CORPORAL BRIAN GARDNER (DOE 2); CONTRA COSTA COUNTY SHERIFF DETECTIVE WESTERMAN (DOE 3); CONTRA COSTA COUNTY SHERIFF DETECTIVE CHRIS MARTINEZ (DOE 4); CONTRA COSTA COUNTY SHERIFF DETECTIVE GIBSON (DOE 5); CONTRA COSTA COUNTY SHERIFF DETECTIVE VORHAUER (DOE 6); ANTIOCH POLICE DETECTIVE VINCELET (DOE 7); ANTIOCH POLICE DETECTIVE MORTIMER (DOE 8); ANTIOCH POLICE DETECTIVE WISECARVER (DOE 9); and DOES 10 through 100,<br><br>Defendants. | CASE NO.   C09-01241 WHA<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ANTIOCH DEFENDANTS ONLY |

*Johnson vs. County Of Contra Costa*  C09-01241 WHA       Page 1
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ANTIOCH DEFENDANTS ONLY

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

TO THE HONORABLE WILLIAM ALSUP OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

The parties hereto, by and through their respective counsel of record, stipulate and agree that the following parties be dismissed from this action with prejudice:

1. Defendant: City of Antioch

2. Defendant: Antioch Police Detective Vincelet (Doe 7);

3. Defendant: Antioch Police Detective Mortimer (Doe 8);

4. Defendant: Antioch Police Detective Wisecarver (Doe 9).

Dated: September 9, 2010    */s/* - "Andrew C. Schwartz"
Andrew C. Schwartz
Karen L. Snell
**CASPER, MEADOWS, SCHWARTZ & COOK**
ATTORNEYS FOR PLAINTIFFS

Dated: September 9, 2010
James V. Fitzgerald, III
**McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP**
ATTORNEYS FOR DEFENDANTS CITY OF ANTIOCH, ET AL.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 10, 2010.

HONORABLE WILLIAM ALSUP

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Johnson vs. County Of Contra Costa*  C09-01241 WHA    Page 2
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ANTIOCH DEFENDANTS ONLY