IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, JOSEPHINE ANADOLA JOHNSON, AND ARTHUR LEE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF CONTRA COSTA, SHERIFF WARREN RUPF, in his individual and official capacities, CITY OF ANTIOCH, ANTIOCH POLICE CHIEF JAMES HYDE, in his individual and official capacities, and DOES 1 through 100,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 09-01241 WHA<br><br>**ORDER REGARDING NEXT WEEK'S TRIAL** |

　　　The Court wants to make it very clear that this case will go to trial, and the venire will be present, at 7:30 a.m. on Monday, September 27, 2010, unless counsel jointly submit a letter by **NOON ON FRIDAY, SEPTEMBER 24,** confirming that a fully executed settlement agreement has been signed by all parties and subject to the sole contingency of approval by the Contra Costa Board of Supervisors. Anything less — including (but not limited to) agreements in principle or agreements that have not been signed by all parties — will necessitate a trial on Monday. The letter recently submitted by Attorney Schwartz does not meet these requirements.

　　　**IT IS SO ORDERED.**

Dated: September 21, 2010.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE