IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, JOSEPHINE ANADOLA JOHNSON, AND ARTHUR LEE,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF CONTRA COSTA, SHERIFF WARREN RUPF, in his individual and official capacities, CITY OF ANTIOCH, ANTIOCH POLICE CHIEF JAMES HYDE, in his individual and official capacities, and DOES 1 through 100,<br><br>    Defendants.<br>_____/ | No. C 09-01241 WHA<br><br>**ORDER VACATING TRIAL AND SCHEDULING CASE MANAGEMENT CONFERENCE** |

In light of the letter filed today by counsel regarding the fully executed and signed settlement agreement between the parties, the trial scheduled to begin at 7:30 a.m. on Monday, September 27, 2010, is **VACATED**. In the event that the Contra Costa County Board of Supervisors does not approve the settlement, a further case management conference is scheduled for **11:00 A.M. ON THURSDAY, OCTOBER 28**.

**IT IS SO ORDERED.**

Dated: September 22, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE