Andrew C. Schwartz (State Bar No. 64578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile:  (925) 947-1131
schwartz@cmslaw.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
ksnell@clarencedyer.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE JOHNSON, JOSEPHINE ANADOLA JOHNSON and ARTHUR LEE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>THE COUNTY OF CONTRA COSTA, CITY OF ANTIOCH, CONTRA COSTA COUNTY SHERIFF SGT. J. MOULE (DOES 1); CONTRA COSTA COUNTY SHERIFF CORPORAL BRIAN GARDNER (DOE 2); CONTRA COSTA COUNTY SHERIFF DETECTIVE WESTERMAN (DOE 3); CONTRA COSTA COUNTY SHERIFF DETECTIVE CHRIS MARTINEZ (4); CONTRA COSTA COUNTY SHERIFF DETECTIVE GIBSON (DOE 5); CONTRA COSTA COUNTY SHERIFF DETECTIVE VORHAUER (DOE 6); ANTIOCH POLICE DETECTIVE VINCELET (DOE 7); ANTIOCH POLICE DETECTIVE MORTIMER (DOE 8); ANTIOCH POLICE DETECTIVE WISECARVER (DOE 9); and DOES 10 through 100,<br><br>　　　　Defendants. | No.  C 09-1241 WHA<br><br><br>STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

1  TO THE HONORABLE WILLIAM ALSUP OF THE UNITED STATES DISTRICT
2  COURT, NORTHERN DISTRICT OF CALIFORNIA:

3  The parties hereto, by and through their respective counsel of record, stipulate and
4  agree that the above-referenced action may be dismissed with prejudice.

6  DATE: October 25, 2010

          Andrew C. Schwartz
          Karen L. Snell
          CASPER, MEADOWS, SCHWARTZ & COOK
          Attorneys for Plaintiffs

12  DATE: October 21, 2010

          SHARON L. ANDERSON
          COUNTY COUNSEL

          Janet L Holmes
          Deputy County Counsel
          Attorney for Defendants
          SHERIFF WARREN RUPF, CONTRA
          COSTA COUNTY, et al.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: October 26, 2010

          HONORABLE WILLIAM ALSUP

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE -
Case No.  C 09-1241 WHA

2